## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
212-880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

December 27, 2022

**By ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

     Re:    <u>United States v. Lawrence Billimek</u>, Case No. 22 Cr. 675 (PGG)

Dear Judge Gardephe:

     On behalf of our client Lawrence Billimek, we respectfully request that Mr. Billimek be permitted to appear electronically or telephonically at the initial pre-trial conference with the Court, which is currently scheduled to take place on January 4, 2023.

     Mr. Billimek resides in Idaho and recently appeared in person before Magistrate Judge Gorenstein for presentment and arraignment on December 21, 2022. Mr. Billimek was released on his own signature with a $50,000 recognizance bond, to be cosigned by one financially responsible person by January 4, 2023. In light of the hardship and expense of traveling from Idaho to New York again in such short order, Mr. Billimek respectfully requests that the Court allow him to appear electronically or telephonically at the next conference.

     We thank the Court for its attention to this matter.

     Respectfully submitted,

     /s/ Telemachus P. Kasulis
     Telemachus P. Kasulis

     *Counsel to Lawrence Billimek*

cc:    Counsel of record (by ECF)

MEMO ENDORSED: The conference scheduled for January 4, 2023 will take place telephonically  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
 Date:  December 28, 2022