UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>LAWRENCE BILLIMEK and ALAN WILLIAMS,<br><br>            Defendants. | **ORDER**<br><br>22 Cr. 675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed during today's conference, there will be a conference in this matter on **May 4, 2023, at 12:30 p.m.**  The conference will take place by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.

      On April 21, 2023, the parties will jointly submit a status report updating the Court on the progress of discovery, and the likelihood of pretrial motions.

Dated: New York, New York
       January 4, 2023

SO ORDERED.

*Paul Gardephe*
Paul G. Gardephe
United States District Judge