

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States* v. *Lawrence Billimek*
              22 Cr. 675 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that the Court enter the attached Stipulation and Order in this matter.

                  Very truly yours,

                  DAMIAN WILLIAMS
                  United States Attorney

by:  */s/ Jason Richman*
        Jason Richman
        Assistant United States Attorney
        (212) 637-2589