UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>LAWRENCE BILLIMEK and ALAN WILLIAMS,<br><br>        Defendants. | **ORDER**<br><br>22 Cr. 675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    As discussed during the conference on July 11, 2023, any pretrial motions are to be filed by **September 12, 2023**.

Dated: New York, New York
    July 20, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge