UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>LAWRENCE BILLIMEK,<br><br>Defendants. | **ORDER**<br><br>22 Cr. 675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The deadline to file pretrial motions in this matter is extended to October 3, 2023.

Upon the application of the Defendant, Lawrence Billimek, by and through his counsel Telemachus Kasulis, it is further ordered that the time between September 12 and October 3, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions of a possible pretrial disposition of this matter.

Dated: New York, New York
September 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge