UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LAWRENCE BILLIMEK,

                Defendants.

**ORDER**

22 Cr. 675 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The deadline to file pretrial motions in this matter is extended to November 7, 2023.

        Upon the application of the Defendant, by and through his counsel Telemachus Kasulis, it is further ordered that the time between today and November 7, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue their discussions about a possible pretrial disposition in this case.

Dated: New York, New York
       October 27, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge