

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2023

**VIA CM/ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Lawrence Billimek*, 22 Cr. 675 (PGG)

Dear Judge Gardephe,

    We write on behalf of the parties regarding the above-referenced matter. The parties jointly and respectfully request that the Court schedule a change of plea hearing on the morning of November 28, 2023, a date and time we understand to be convenient for the Court.

    If the Court grants the scheduling request, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through the date of the change of plea hearing, to allow the parties the opportunity to complete their discussions regarding a potential pretrial disposition of this matter.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                 by: */s/ Jason A. Richman*
                              Jason A. Richman
                              Assistant United States Attorney
                              (212) 637-2589