UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LAWRENCE BILLIMEK,

      Defendant.

**ORDER**

22 Cr. 675 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The change-of-plea hearing in this case is adjourned from November 28, 2023, at 11:00 a.m. to **November 28, 2023, at 3:00 p.m.**

Dated: New York, New York
   November 16, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)
Paul G. Gardephe
United States District Judge