# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 14, 2024

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Lawrence Billimek,
22 Cr. 675 (PGG)

**MEMO ENDORSED:** The sentencing in this matter currently scheduled for April 4, 2024, is adjourned to May 3, 2024, at 2:00 p.m.

SO ORDERED.

/s/ Paul G. Gardephe
Paul G. Gardephe
United States District Judge
Dated: February 16, 2024

Dear Judge Gardephe,

On behalf of our client Lawrence Billimek, we respectfully write to request an adjournment of the sentencing in this matter to a date at the Court's convenience in July. Sentencing is currently scheduled for April 4, 2024, at 2:00 p.m. An adjournment will allow Mr. Billimek to continue to prepare for sentencing, including by gathering letters of support and setting his family and financial affairs in order. This is the first request for an adjournment of sentencing. The government consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By: /s/ Telemachus P. Kasulis
Telemachus P. Kasulis

*Counsel to Lawrence Billimek*

cc: Counsel of record (by ECF)