

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Lawrence Billimek**
             22 Cr. 675 (PGG)

Dear Judge Gardephe:

    The Government respectfully requests that the Court enter the attached Consent Order of Interlocutory Sale of Real Property (the "Interlocutory Order") in this matter.

                                    Respectfully,

                                    DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

                   By:        /s/
                                    Jason A. Richman
                                    Assistant United States Attorney
                                    Tel. No.: (212) 637-2589