

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Lawrence Billimek**
              22 Cr. 675 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that the Court enter the attached Stipulation and Order in this matter.

                                                                   Respectfully,

                                                                   DAMIAN WILLIAMS
                                                                   United States Attorney for the
                                                                   Southern District of New York

                                     By:         /s/
                                                                   Jason A. Richman
                                                                   Assistant United States Attorney
                                                                   Tel. No.: (212) 637-2589