UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

LAWRENCE BILLIMEK,

           Defendant.

**ORDER**

22 Cr. 675 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      In connection with the Defendant's restitution obligations, victim TIAA-CREF is seeking $38,432,621.62.  (Consent Preliminary Order of Forfeiture (Dkt. No. 52))  This amount is comprised of $38 million "client impact," $310,674.12 in attorneys' fees, and $121,947.50 in expert fees, and pre-judgment interest.  (PSR (Dkt. No. 61) at 11; see also Govt. Submission (Dkt. No. 71))

      In the pre-sentence report (Dkt. No. 61), the Probation Department says that Defendant has not disclosed the details regarding the sale of property located at 4460 Aku Road, Hanalei, HI and 5-7320 Kuhio Highway, Hanalei, HI, as well as the proceeds from each sale.  (Id. at 32-33)  The Probation Department also says that Defendant has not explained how he is covering monthly expenses of $38,960 based on a monthly income of $23,941.  (Id. at 33-34)

By **May 15, 2024, at 5:00 p.m.**, Defendant will make a submission addressing: (1) the appropriate amount of restitution and the basis for each component of restitution; (2) the Probation Department's assertion that Defendant has not disclosed the details regarding the sale of the properties referenced above, including the disposition of proceeds; and (3) the Probation Department's assertion that the Defendant has not explained how he is able to cover monthly expenses of $38,960 on a monthly income of $23,941.

Dated: New York, New York
       May 13, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge