UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>LAWRENCE BILLIMEK,<br><br>                      Defendant. | **ORDER**<br><br>22 Cr. 675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's sentencing, the Court's restitution determination is deferred until June 19, 2024.

        By **May 28, 2024**, the Government will provide to defense counsel billing records substantiating Nuveen's request for $310,674.12 in attorneys' fees and $121,947.50 in expert fees.  (See Govt. Br., Ex. A (Victim Impact Statement) (Dkt. No. 71-1) at 1)

        By **June 4, 2024**, Defendant will make a submission addressing the request for restitution for attorneys' fees and expert fees.  In the June 4, 2024 submission, defense counsel may also address Defendant's request that restitution be apportioned between Defendant and co-Defendant Alan Williams.

        By **June 11, 2024**, the Government will respond to defense counsel's June 4, 2024 submission.

Dated: New York, New York
       May 20, 2024

                                                        SO ORDERED.

                                                        _____
                                                        Paul G. Gardephe
                                                        United States District Judge