# MUKASEY YOUNG LLP

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

June 3, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Lawrence Billimek*, 22-cr-675 (PGG)

Dear Judge Gardephe,

  We write on behalf of defendant Lawrence Billimek to respectfully request the Court's permission to file part of our restitution submission under seal. Our submission, which is due tomorrow pursuant to the Court's Order entered May 20, 2024 (ECF No. 74), will consist of a letter addressing Nuveen's request for attorneys' fees and expert fees, as well as Mr. Billimek's request for apportionment. Our letter will group Nuveen's billing records into categories of recoverable fees and non-recoverable fees, as set out by Second Circuit law. We believe that attaching Nuveen's billing records, under seal, as exhibits to our letter, will assist the Court in following our analysis.

  We submit that this approach would be consistent with the Court's Individual Practices in Criminal Cases, as well as the Court's endorsement of Nuveen's request to file its billing records under seal (ECF No. 77).

              Respectfully submitted,

              /s/ Marc L. Mukasey
              Marc L. Mukasey

cc: Counsel of record (via ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 3, 2024