

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mukaseylaw.com

June 12, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Lawrence Billimek*, 22-cr-675 (PGG)

Dear Judge Gardephe,

    We write on behalf of defendant Lawrence Billimek to respectfully request the Court's permission to file the attached letter, Exhibit A, in reply to the submissions of the government and Winston and Strawn concerning apportionment of restitution and attorneys' and expert fees. *See* ECF No. 83.

                                    Respectfully submitted,

                                      /s/ Stephanie Guaba
                                    Stephanie Guaba

cc:    Counsel of record (via ECF)