

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 23, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Lawrence Billimek**
             22 Cr. 675 (PGG)

Dear Judge Gardephe:

    The Government respectfully requests that the Court enter the attached Stipulation and Order in this matter.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

          By:      /s/
                  Jason A. Richman
                  Assistant United States Attorney
                  Tel. No.: (212) 637-2589