UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA : **FINAL ORDER OF**
: **FORFEITURE**
-v.- :
: 22 Cr. 675 (PGG)
LAWRENCE BILLIMEK, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about November 28, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 52) with respect to LAWRENCE BILLIMEK (the "Defendant"), imposing a money judgment in the amount of $12,249,000.00 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in, *inter alia*, the following specific property:

    a. Any and all funds up to and including $4,196,000.00 in United States currency formerly on deposit in JPMorgan Chase Bank, N.A. account 3606375211, held in the name of Lawrence P. Billimek, and all funds traceable thereto, including accrued interest (the "JPMorgan Chase Account");

    b. The real property located at 56854 Besson Road, Bend, Oregon, and all proceeds traceable thereto (the "Besson Road Property"), more particularly described lot four (4) in block six (6) of Spring River Acres, Unit No. 5, Deschutes County Oregon;

    c. The real property located at 5808 Beacon Drive, Austin, Texas, and all proceeds traceable thereto (the "Beacon Drive Property"), more particularly described as: The following real property: Situated in the City of Austin, County of Travis, and State of Texas: Lot 32 and 33, LAKELAND HILLS LAKESIDE, a subdivision in Travis County, Texas, according to the map or plat thereof, recorded in Volume 10, Page 80, Plat Records of Travis County, Texas;

d. The real property located at 1903 Eva Street, Austin, Texas, and all proceeds traceable thereto (the "Eva Street Property") more particularly described as Lot Number: 11 Block: 35
City, Municipality, Township: City of Austin
Subdivision Name: Sweetman R L Addn
Brief Description: Lot 11 *LESS N 4X90&8X50 FT BLK 35 SWEETMAN R L ADDN;

e. The real property located at 4460 Aku Road, Hanalei, Hawaii, and all proceeds traceable thereto (the "Aku Road Property") more particularly described as: All of that certain parcel of land situate at Hanalei, Halelea, Island and County of Kauai, State of Hawaii, described as follows: LOT 91, area 8,640 square feet, more or less, as shown on Map 19, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1160 (amended) of Ethel Kulamanu Wilcox;

f. The real property located at 181 Hyndman View Drive, Hailey, Idaho, and all proceeds traceable thereto (the "Hyndman View Drive Property") more particularly described as: Lot 2, Block 1, Hyndman Peak Subdivision, according to the official plat thereof, recorded as instrument 208275, records of Blaine County, Idaho; and

g. The real property located at 25 South Club View Drive, Hailey, Idaho, and all proceeds traceable thereto (the "South Club View Drive Property") more particularly described as: Lot 75 of THE VALLEY CLUB, as shown on the official plat thereof, recorded as Instrument No. 365515, Records of Blaine County, Idaho;

(a. through g., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the Government to dispose of the JPMorgan Chase Account, the Beacon Drive Property, the Aku Road Property, the Hyndman View Drive Property, and the South Club View Drive Property were posted on an official government internet site (www.forfeiture.gov) beginning on January 31, 2024 for thirty (30) consecutive days, through February 29, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court May 15, 2025 (D.E. 113);

WHEREAS, the Notice of Forfeiture and the intent of the Government to dispose of the Besson Road Property and the Eva Street Property was posted on an official government internet site (www.forfeiture.gov) beginning on July 9, 2024 for thirty (30) consecutive days, through August 7, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court May 15, 2025 (D.E. 114);

WHEREAS, the Besson Road Property is titled in the name of the Defendant;

WHEREAS, the Beacon Drive Property and the Eva Street Property are titled in the name of Menehune Madness, LLC, which is owned entirely by the Defendant;

WHEREAS, the Aku Road Property is titled in the name of 4460 Aku LLC, which is an entity owned entirely by the Defendant;

WHEREAS, the Hyndman View Drive Property is titled in the name of the Defendant and his wife, Amy Belimick;

WHEREAS, on or about December 28, 2023, notice of the Preliminary Order of Forfeiture was sent by certified mail, to:

a. 4460 Aku LLC, 4460 Aku Road, Hanalei, HI 96714;
b. Amy Billimek, ███████████, Hailey, ID 83333;
c. Amy Billimek, ███████████, Bend, OR 97707;
d. Blaine County Title, Inc, 360 Sun Valley Road, Ketchum, ID 83340;
e. Boomerang Finance SUB-REIT, LLC, 2152 S Vineyard #105, Mesa, AZ 85210;
f. Boomerang Finance SUB-REIT, LLC, PO Box 20130, Mesa, AZ 85277;
g. Geneva Financial, LLC, 3155 South Prince Rd, Ste 105, Chandler, AZ 85248;
h. Goat House, LLC, 1220 Dauphine Street, Unit F, New Orleans, LA 70116;
i. Idaho First Bank, 1100 West Idaho Street, Suite 600, Boise, ID 83712;
j. Investor Mortgage Finance LLC, 1905 Kramer Lane, Ste B700, Austin, TX 78758;
k. Ketchum Commercial Lending, PO Box 6600; 291 N Washington Ave, Ketchum, ID 73340;
l. LendingOne, LLC, 901 Yamato Road, Ste 150, Boca Raton, FL 33431;
m. Leonard Nicholson, Esq., 550 S. Watters Rd., Ste 179, Allen, TX 75002;
n. Menehune Madness LLC, 1903 Eva Street, Austin, TX 78704;
o. Menehune Madness LLC, 5808 Beacon Drive, Austin, TX 78734;
p. MERS, Inc, PO Box 2026, Flint, MI 48501;
q. Pioneer Title Company of Blaine County, 491 N Main Street, Suite 102, Ketchum, ID 83340; and
r. Resolve Trustee Services LLC, 600 E. John Carpenter Fwy #246, Irving, TX 75062;

(a. through r., collectively, the "Noticed Parties");

4

WHEREAS, on or about March 28, 2023, the Court entered a Stipulation and Order wherein the owners of the South Club View Drive Property agreed to transfer $500,000 in United States currency to the Government as a subsitute *res* for the Defendant's interest in the South Club View Drive Property (D.E. 28);

WHEREAS, on or about March 10, 2023, the Government received $500,000 representing the Defendant's interest in the South Club View Drive Property (the "Substitute Res");

WHEREAS, on or about March 4, 2024, Idaho First Bank advised the Government of its interest in the Hyndman View Drive Property;

WHEREAS, on or about April 24, 2024, the Court entered a Stipulation and Order wherein the Government resolved Idaho First Bank's legal intererst in the Hyndman View Drive Property (D.E. 69);

WHEREAS, on or about April 22, 2024, the Court entered a Stipulation and Order of Interlocutory Sale of Real Property (the "Interlocutory Sale Order") (D.E. 68) with the Defendant and the Defendant's wife, Amy Billimek, wherein the Defendant was authorized to sell, among other things, the following properties pending the entry of a final order of forfeiture:

    a. the Besson Road Property;

    b. the Beacon Drive Property;

    c. the Eva Street Property;

    d. the Aku Road Property; and

    e. the Hyndman View Drive Property;

WHEREAS, pursuant to the Interlocutory Sale Order, the Besson Road Property was sold and on or about June 25, 2024 and the Government received a check in the amount of

5

$1,117,292.80 in United States currency representing the proceeds from the sale of the Besson Road Property (the "Besson Proceeds");

WHEREAS, pursuant to the Interlocutory Sale Order, the Beacon Driver Property was sold and on or about December 3, 2024 and the Government received a check in the amount of $560,206.88 in United States currency representing the proceeds from the sale of the Beacon Drive Property (the "Beacon Proceeds");

WHEREAS, pursuant to the Interlocutory Sale Order, the Eva Street Property was sold and on or about June 11, 2024 and the Government received a check in the amount of $753,640.37 in United States currency representing the proceeds from the sale of the Eva Street Property (the "Eva Proceeds");

WHEREAS, pursuant to the Interlocutory Sale Order, the Hyndman View Drive Property was sold and on or about November 22, 2024 and the Government received checks totaling $3,011,722.91 in United States currency representing the proceeds from the sale of the Hyndman View Drive Property (the "Hyndman Proceeds");

WHEREAS, pursuant to the Interlocutory Sale Order, on or about January 17, 2025, the Aku Road Property was sold by the Government and the Government received the amount of $1,196,168.41 in United States currency representing the sale proceeds of the Aku Road Property (the "Aku Proceeds");

WHEREAS, on or about March 3, 2025, the Government received a check for $168,376.09 in United States currency representing the JPMorgan Chase Account (together with the Substitute Res, the Besson Proceeds, the Beacon Proceeds, the Eva Proceeds, the Hyndman Proceeds, and the Aku Proceeds, the "Forfeitable Property");

6

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeitable Property have been filed;

WHEREAS, the Defendant the Noticed Parties the only persons and/or entities known by the Government to have a potential interest the Forfeitable Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property, including but not limited to the interests of the Defendant, Menehune Madness, LLC, 4460 Aku LLC and Amy Bellimek, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
      May 19, 2025

SO ORDERED:

_Pauls sandeshe_
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE